# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carlo Berrisford, on Behalf of Himself and on Behalf of All Others Similiarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>Southwinds Inspection Corp.,<br><br>       Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1-17-cv-117 |

Before the court is a motion for attorney Courtney Warmington to appear *pro hac vice* on the Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Warmington has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Warmington has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 15) is **GRANTED**. Attorney Warmington is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

   **IT IS SO ORDERED.**

   Dated this 31st day of July, 2017.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge