# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Carlo Berrisford, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-17-cv-117 |
| Southwinds Inspection Corp., | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a "Joint Application for Stay of Deadlines," (Doc. No. 46), wherein the parties seek a stay of discovery in this matter. Currently, Plaintiff has a pending motion to conditionally certify a class in this matter. (Doc. No. 28). The parties represent they will have a difficult time meeting the various deadlines previously set by the court, (Doc. No. 19), while that motion is pending. Accordingly, they request the court stay all discovery deadlines in this matter pending resolution of the motion to certify.

After consideration, the court **GRANTS** the parties' "Joint Application for Stay of Deadlines." (Doc. No. 46). All discovery deadlines in this matter will be suspended pending resolution of the motion to certify. Once the court resolves that motion, the parties shall submit a revised scheduling/discovery plan with the court for purposes of entering a new scheduling order.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court