# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carlos Berrisford, on Behalf of Himself and on Behalf of all Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) ) | |
| Southwinds Inspection Corp., ) ) | Case No. 1:17-cv-117 |
| Defendant. ) | |

The court **ADOPTS** the parties' joint proposed revised scheduling and discovery plan (Doc. No. 54) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until January 11, 2019, to complete fact discovery and to file discovery motions

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs expert disclosures are due by September 14, 2018;

    b. Defendant's expert disclosures are due by October 15, 2018; and

    c. Any experts are who are retained solely as to the issue of damages, the production of such reports are due 30 days prior to the close of discovery.

3. The parties shall have until January 11, 2019, to complete discovery depositions of expert witnesses.

4. Plaintiff's motion for Rule 23 Class Certification shall be filed on or before October 15, 2018.

5. The parties shall have until February 11, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

6. Depositions taken for presentation at trial shall be completed by the close of discovery.

The final pretrial conference set for October 31, 2018, shall be rescheduled for August 26, 2019, at 2:00 p.m. before the magistrate judge. Jury trial set for November 13, 2018, shall be rescheduled for September 10, 2019, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court