## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Carlo Berrisford, on behalf of himself and on behalf of all others similarly situated, )<br>)<br>) <br>Plaintiff, )<br>)<br>vs. )<br>)<br>Southwinds Inspection Corp. )<br>)<br>Defendant. ) | **ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:17-cv-117 |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed on November 26, 2018. See Doc. No. 63. The Court **ADOPTS** the stipulation (Doc. No. 63) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 27th day of November, 2018.

> */s/ Daniel L. Hovland*
> Daniel L. Hovland, Chief Judge
> United States District Court